**DOHERTY et al. v. CITIZENS' BANK OF GROVE et al.**

No. 11084—Opinion Filed Sept. 7, 1920.

Rehearing Denied March 3, 1925.

(Syllabus.)

**Appeal and Error—Dismissal—Moot Cases.**

Abstract or hypothetical cases, disconnected from the granting of actual relief, or from the determination of which no particular result can follow other than the awarding of the costs of the appeal, will not be decided by this court.

Error from District Court, Delaware County; A. C. Brewster, Judge.

W. H. Kornegay, Fred Branson, and E. B. Hunt, for plaintiff in error.

A. V. Coppedge and W. A. Woodruff, for defendants in error.

HARRISON, J. This is an appeal from the district court of Delaware county. Subsequent to the filing of the appeal stipulations have been filed by the parties herein showing that the matters in controversy have been fully settled. The questions in the case have therefore become hypothetical, and, in accordance with a long line of cases, the appeal will therefore be dismissed. McCullough et al. v. Gillcrease, 40 Okla. 741, 141 Pac. 5; Spaulding et al. v. Yarbrough, 40 Okla. 731, 140 Pac. 782.